**HALPER SADEH LLP**
Zachary Halper, Esq.
36 Kingston Run
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT SIVIGNY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDIDATA SOLUTIONS, INC., TAREK SHERIF, GLEN DE VRIES, CARLOS DOMINGUEZ, GEORGE MCCULLOCH, NEIL KURTZ, MARIA RIVAS, LEE SHAPIRO, and ROBERT B. TAYLOR,<br><br>　　　　Defendants. | Case No: 2:19-cv-16113-BRM-JAD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

　　PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Sivigny hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated:  August 19, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**HALPER SADEH LLP**

　　　　　　　　　　　　　　　　　　　　　　　/s/Zachary Halper
　　　　　　　　　　　　　　　　　　　　　　　Zachary Halper, Esq.
　　　　　　　　　　　　　　　　　　　　　　　36 Kingston Run
　　　　　　　　　　　　　　　　　　　　　　　North Brunswick, NJ 08902
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0060
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 776-2600

Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 19, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                       /s/Zachary Halper
                                       Zachary Halper