**HALPER SADEH LLP**
Zachary Halper, Esq.
36 Kingston Run
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT SIVIGNY,<br><br>Plaintiff,<br><br>v.<br><br>MEDIDATA SOLUTIONS, INC., TAREK SHERIF, GLEN DE VRIES, CARLOS DOMINGUEZ, GEORGE MCCULLOCH, NEIL KURTZ, MARIA RIVAS, LEE SHAPIRO, and ROBERT B. TAYLOR,<br><br>Defendants. | Case No: 2:19-cv-16113-BRM-JAD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert Sivigny hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: August 19, 2019

Respectfully submitted,

**HALPER SADEH LLP**

/s/Zachary Halper
Zachary Halper, Esq.
36 Kingston Run
North Brunswick, NJ 08902
Telephone: (212) 763-0060
Facsimile: (646) 776-2600

It is so ordered this 20 day of August, 2019

Brian R. Martinotti, U.S.D.J.

1

Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*